UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HAVEN R. GRAY, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | No. 3:25-CV-2375-X-BN |
| § | |
| JUDY HOPKINS., ET AL, § | |
| § | |
| *Defendant.* § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 7). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 6th day of October, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1